IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| OAK VALLEY INVESTMENTS, L.P., | |
| Plaintiff, | |
| vs. | **MEMORANDUM DECISION and ORDER DENYING MOTION FOR RELIEF FROM PROTECTIVE ORDER** |
| VAL E. SOUTHWICK, VESCOR CAPITAL CORP., VESCOR DEVELOPMENT, LLC, SHAWN H. MOORE, VESCORP CAPITAL, LLC, APEX HOLDING 1, LLC, APEX HOLDING 2, LLC, APEX HOLDING 3, LLC, APEX HOLDING 4, LLC, APEX HOLDING 5, LLC, APEX HOLDING 6, LLC, and APEX HOLDING 23, LLC, | Civil No. 2:06-CV-737 DB |
| | District Judge Dee Benson |
| | Magistrate Judge David Nuffer |
| Defendants and Third-Party Plaintiffs, | |
| vs. | |
| BRIAN Y. HORNE and DOES 1 through 10, | |
| Third-Party Defendants. | |
| JONATHAN H. HORNE, M.D., as Trustee for Jonathan H. Horne, M.D., P.C. Retirement Plan Trust Fund, | |
| Plaintiff, | |
| vs. | |
| VAL E. SOUTHWICK, VESCOR CAPITAL CORP., VESCOR DEVELOPMENT, LLC, APEX MM, INC., SHAWN MOORE, VESCORP CAPITAL, LLC, and VEGAS VISTA 6, LLC, | |
| Defendants and Third-Party Plaintiffs, | |
| vs. | |
| BRIAN Y. HORNE and DOES 1 through 10, | |
| Third-Party Defendants. | |

Plaintiffs, Oak Valley Investments, L.P. and Jonathan H. Horne, M.D. as Trustee for Jonathan H. Horne, M.D., P.C. Retirement Plan Trust Fund (collectively "Horne") request relief from the stipulated protective order entered in this case so that they may produce documents in response to a subpoena from Gerry D'Elia, the plaintiff in a case pending against some of the same defendants, case no. 070500228, in the Third Judicial District Court, in and for Summit County, State of Utah.[1] Plaintiffs further request that the protective order "be modified to allow plaintiffs to produce documents in response to any subpoena issued in any case in which Southwick or the corporate defendants are named as parties."[2]

Defendants oppose the motion, noting that D'Elia's pending state litigation relates to a different investment[3] and discovery has not commenced in that case.[4] Defendants further contend that D'Elia has not appeared or intervened to make any showing that the documents requested from this case are relevant or discoverable in his own case, and D'Elia has not requested the documents directly from Defendants in the state litigation so that "defendants could have raised their objections there."[5] Defendants are also concerned about releasing documents marked confidential in this case because that there is no protective order in place in the state litigation.[6] Defendants suggest that the more "[a]ppropriate procedure would demand that Dr.

---

[1] Plaintiffs' Motion for Relief from Protective Order, dkt. no. 239.

[2] *Id.* at 3.

[3] Memorandum in Opposition to Motion for Relief from Protective Order (Opposition) at 2, dkt. no. 248; Response to Plaintiffs' Motion for Relief from Protective Order (Response) at 1, dkt. no. 240.

[4] Opposition at 2.

[5] *Id.* at 3.

[6] *Id.*

Horne object to the subpoena and invite Mr. D'Elia to come before this Court and justify his broad requests."[7]

Although Plaintiffs may "have second thoughts about signing the protective order based on defendants' conduct in this case,"[8] they did stipulate to the protective order entered in this case. Further, the court has no information from D'Elia and there is no record whether these documents are relevant or discoverable in his state case.

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' Motion for Relief from Protective Order is DENIED.[9]

It appears that Plaintiffs' additional request for relief from the protective order to respond to the subpoena issued by the Utah Division of Securities after the original motion was filed[10] has been resolved through consent of the parties.[11]

December 13, 2007

BY THE COURT:

_David Nuffer_
David Nuffer
U.S. Magistrate Judge

---

[7] *Id.*

[8] Supplemental Reply Memorandum in Support of Plaintiffs' Motion for Relief from Protective Order at 3 n.1, dkt. no. 250.

[9] Dkt. no. 239.

[10] Reply Memorandum in Support of Plaintiffs' Motion for Relief from Protective Order at 3, dkt. no. 245.

[11] Letter from Rodney Parker to Judge David Nuffer, copied to Counsel of Record (Nov. 9, 2007) (on file with court).